In the Matter of WILLIAM R. BAKER, Appellant, v TIFFANY M. SPURGEON, Respondent.

Submitted August 15, 2011; decided October 25, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.